UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :   CR. NO. 1:25-CR- 246
:
v. :
: (Judge Saporito)
JEROME ANTHONY OLIVER :
a/k/a "DADDY", :
Defendant. :

INDICTMENT

FILED
HARRISBURG, PA
SEP 17 2025
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 1591(a)
(Sex Trafficking of a Minor)

Between on or about November 1, 2024, and on or about April 28, 2025, in the Middle District of Pennsylvania, and elsewhere, the defendant,

JEROME ANTHONY OLIVER
a/k/a "DADDY",

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, in and affecting interstate or foreign commerce, Minor Victim 1, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion would be used to cause Minor Victim 1 to engage in a commercial sex act, and Minor

Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
18 U.S.C. § 2423(a)
(Transportation of Minor with Intent to Engage in Prostitution Criminal Sexual Activity)

On or about April 28, 2025, within the Middle District of Pennsylvania and elsewhere, the defendant,

**JEROME ANTHONY OLIVER**
**a/k/a "DADDY"**,

did knowingly transport an individual who had not attained the age of 18 years, Minor Victim 1, in interstate commerce, with intent that Minor Victim 1 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2421(a)
(Transportation with Intent to Engage in Prostitution)

On or about April 28, 2025, within the Middle District of Pennsylvania and elsewhere, the defendant,

**JEROME ANTHONY OLIVER**
**a/k/a "DADDY"**,

did knowingly transport an individual, Victim 2, in interstate commerce, with intent that Victim 2 engage in prostitution.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

STEPHEN W. DUKES
Assistant United States Attorney

Date 9/17/2025

3