## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :     CRIMINAL NO. 1:25-CR-00246

                           :

v.                    :

                           :

JEROME ANTHONY OLIVER,   :

                           :

         Defendant      :

*FILED*
*HARRISBURG, PA*
*SEP 2 4 2025*
PER_____
*DEPUTY CLERK*

### PLEA

AND NOW, this  *24*  day of  *September* , 2025, the within

named defendant, hereby enters a plea of  *NOT GUILTY*  to the within

Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)